# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | CASE NUMBER: 07-mj-01256 |
| JIMMY HAU<br>a/k/a PHUC TSOI HAU | Scott Poland<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1, 4 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 .U.S.C. § 1324(a)(1)(A) | Unlawful Employment of Aliens | 5-15-07 | 1 |
| 21 U.S.C. § 853 (p) | Criminal Forfeiture | 5-15-07 | 4 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney. Special assessment fee is to be paid by April 16, 2008. Defendant is ordered to pay $150,000 in criminal forfeiture to the government jointly and severally with the co-defendants. The $150,000 shall be paid by April 8, 2009.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | |

4-8-08
Date of Imposition of Judgment

s/ Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

4-9-08
Date